## Burkley, Appellant, *v.* Philadelphia et al.

Argued September 9, 1940. Before SCHAFFER, C. J., DREW, LINN, STERN, BARNES and PATTERSON, JJ.

428

430

432

*Frederic L. Clark,* of *Shields, Clark, Brown & Mc-Cown,* for appellant.

*Michael D. Hayes,* Assistant City Solicitor, with him *Francis F. Burch,* City Solicitor, and *Edward B. Soken,* for appellee.

*Thomas Reath,* of *Drinker, Biddle & Reath,* for Cramp Shipbuilding Co., under Rule 61.

*Joseph W. Henderson,* of *Rawle & Henderson,* for Citizens Committee, under Rule 61.

Per Curiam, September 10, 1940:

The decree is affirmed on the opinion of the court below.  Costs to be paid by the City of Philadelphia.